# Court of Appeals
# of the State of Georgia

ATLANTA, November 13, 2013

*The Court of Appeals hereby passes the following order*

**A14D0079. IN THE INTEREST OF: K. P. S. AND M. I. S., CHILDREN (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

0413TP02096 0413GR02978 0513TP02097 0513GR02979



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, November 13, 2013.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*